**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RICHARD LOUIS STARKS and CHRISTIAN STARKS | : | Civil No. 1:24-CV-00739 |
| | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| NORTHERN YORK COUNTY REGIONAL POLICE DEPARTMENT, *et al.*, | : | |
| | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

**ORDER**

**AND NOW**, on this 24th day of March, 2026, for the reasons set forth in the

accompanying memorandum, **IT IS ORDERED THAT** Plaintiffs' motion to

dismiss Defendant's counterclaim, Doc. 83, is **DENIED**.

s/Jennifer P. Wilson
Jennifer P. Wilson
United States District Judge
Middle District of Pennsylvania